# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

(Honorable John A. Houston)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No.   10-CR-0394-JAH |
| Plaintiff, ) | ORDER FOR EXTRAORDINARY FEES |
| v. ) | [Pursuant to 18 USC §3006A(e)(1)] |
| JUAN CEBALLOS-JOSE, ) | |
| Defendant. ) | |

GOOD CAUSE APPEARING, it is hereby authorized and ordered that extraordinary expenses not to exceed $1,650.00 (including costs) are approved at this time for private investigator Rudy Zamora with regard to the investigation and defense of the above-entitled matter.

IT IS SO ORDERED.

DATED: May 27, 2010

JOHN A. HOUSTON
United States District Judge